# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRUSTEES OF THE OPERATING ENGINEERS'
LOCAL 324 PENSION FUND, OPERATING
ENGINEERS' LOCAL 324 HEALTH
CARE PLAN, OPERATING ENGINEERS' LOCAL
324 VACATION & HOLIDAY FUND, OPERATING
ENGINEERS' LOCAL 324 RETIREE BENEFIT FUND,
OPERATING ENGINEERS' LOCAL 324 APPRENTICESHIP
FUND, and OPERATING ENGINEERS' LOCAL 324
DEFINED CONTRIBUTION PLAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

      Plaintiffs,                          Case No. 14-cv-12047

v.                                       Hon. John Corbett O'Meara

AMERICAN EXCAVATING
CONTRACTORS, LLC, a Michigan
limited liability company, and
MANUEL RODGERS, Individually,

      Defendants.
_____/

**DAVID J. SELWOCKI  P51375**
**MATTHEW I. HENZI  P57334**
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
25800 Northwestern Highway, Suite 1000
Southfield MI  48075
248-746-0700
_____/

# ORDER OF JUDGMENT AGAINST DEFENDANTS
# AMERICAN EXCAVATING CONTRACTORS, LLC
# <u>AND MANUEL RODGERS</u>

This matter having come before the Court upon Plaintiffs' Motion for Entry of Judgment by Default Against Defendants, oral argument having been heard, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that a Judgment by Default is hereby entered against Defendants AMERICAN EXCAVATING CONTRACTORS, LLC and MANUEL RODGERS in the amount of $47,796.95.

**IT IS FURTHER ORDERED** that Defendant AMERICAN EXCAVATING CONTRACTORS, LLC open up its books and records in order that a complete payroll audit through the present be conducted to determine any further due and owing unpaid contributions beyond those set forth herein;

**ITS FURTHER ORDERED** that Plaintiffs shall move to have this Judgment amended to include any further due and owing amounts as determined by the aforementioned audit plus the further mandates of 29 USC §1132(g)(2), liquidated damages and actual fees and costs.

**IT IS FURTHER ORDERED** that Defendant is enjoined from any further breach of the Collective Bargaining Agreement as same relates in any way to the payment of contributions to Plaintiffs; and

**IT IS FURTHER ORDERED** that jurisdiction of this matter be retained pending compliance with the Court's orders.

Date: August 28, 2014              <u>s/John Corbett O'Meara</u>
                                   United States District Judge


This Order Prepared By:

David J. Selwocki  P51375
Sullivan Ward Asher & Patton, P.C.
Attorneys for Plaintiffs
25800 Northwestern Hwy., Suite 1000
Southfield, Michigan  48075
248-746-0700
E-Filing:  brogers@swappc.com