# Exhibit A



# SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTORNEYS AND COUNSELORS AT LAW

1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MICHIGAN 48075-8412

TELEPHONE: (248) 746-0700
FAX: (248) 746-2760

WEB SITE: www.swappc.com

ROBERT E. SULLIVAN, SR. (1922-1998)
DAVID M. TYLER (1930-2002)
RICHARD G. WARD (RETIRED)

DAVID J. SELWOCKI
dselwocki@swappc.com
Direct: (248) 746-2759
Direct Fax: (248) 746-2847

March 3, 2015

**VIA CERTIFIED MAIL**

American Environmental Consultants, LLC
12838 Gavel
Detroit, MI 48227

Re: Operating Engineers Local 324 Fringe Benefit Funds
v. American Excavating Contractors, LLC and Manuel Rodgers
Case No. 14-cv-12047

Dear Sir/Madam:

Enclosed please a Periodic Writ of Garnishment, Garnishee Disclosure form, and a $6.00 disclosure fee check with regard to the above-captioned matter. Pursuant to statute, within seven (7) days of receipt of these documents you are required to provide the Defendant with a copy of the Garnishment. Further, within fourteen (14) days after service of same, you are required to file the Disclosure with the Court, and provide a copy to the undersigned.

If you have any questions or concerns please contact our office at the number as appears above. Thank you for your assistance in this regard.

Very truly yours,

SULLIVAN, WARD,
ASHER & PATTON, P.C.

*David J. Selwocki* /br

David J. Selwocki

DJS/br
Enclosures
W1606569/A56-117351

Sullivan, Ward, Asher & Patton, P.C., Attorneys and Counselors At Law
25800 Northwestern Highway, 1000 Maccabees Center, Southfield, MI 48075-8412

| DJS | AMERICAN ENVIRONMENTAL CONSULT | 442474 | 3/3/2015 | |
|---|---|---|---|---|
| Inv.Date | Inv.No. | Invoice Description | | Amount |
| 03-03-2015 | DJS | A56-117351 | | 6.00 |

$6.00

Sullivan, Ward, Asher & Patton, P.C., Attorneys and Counselors At Law
25800 Northwestern Highway, 1000 Maccabees Center, Southfield, MI 48075

| 9639 | | AMERICAN ENVIRONMENTAL CONSULTANTS, LL | | 442474 | 3/3/2015 | |
|---|---|---|---|---|---|---|
| G/L Acct. | Matter I.D. | Cost Code | Inv.No. | Inv.Date Debit Desc | | Amount |
| 2000-00000 | A56-117351 | GARNISHMENT FEE | DJS | 03-03-2015 RE: AMERICAN EXCAVATING | | 6.00 |

$6.00

| Original – Garnishee (Part 1) | | |
|---|---|---|
| 1st copy – Defendant (Part 2) | | 3rd copy – Plaintiff/Attorney (proof) (Part 2) |
| 2nd copy – Return (proof of service) (Part 2) | | 4th copy – Court (Part 2) |

Approved, SCAO

| • STATE OF MICHIGAN<br>U.S.D.C. JUDICIAL DISTRICT<br>E.D. MI JUDICIAL CIRCUIT | REQUEST AND WRIT FOR GARNISHMENT<br>(PERIODIC) | • CASE NO.<br>14-cv-12047 |
|---|---|---|
| Court address<br>231 W. Lafayette Blvd., Detroit, MI | •Zip Code<br>48226 | Court telephone no.<br>313-234-5005 |

| Plaintiff name and address (judgment creditor)<br>• TRUSTEES OF THE OPERATING ENGINEERS<br>LOCAL 324 FRINGE BENEFIT FUNDS | v | Defendant name and address (judgment debtor)<br>• MANUEL RODGERS<br>12838 Gavel<br>Detroit, MI 48227 |
|---|---|---|
| Plaintiff's attorney, bar no., and address<br>David J. Selwocki P51375<br>Sullivan, Ward, Asher & Patton, P.C.<br>25800 Northwestern Hwy., Suite 1000<br>Southfield, MI 48075 | • | Social security no. / Employee ID or account no.<br><br>Garnishee name and address<br>AMERICAN ENVIRONMENTAL CONSULTANTS, LLC<br>12838 Gavel<br>Detroit, MI 48227 |
| Telephone no.<br>248-746-0700 | | |

FILED
FEB 27 2015
CLERK'S OFFICE
DETROIT

**REQUEST** See instructions for item 2 on other side.

1. Plaintiff received judgment against defendant for $ 85,156.08 on January 12, 2015.
2. The total amount of judgment interest accrued to date is $ _____. The total amount of postjudgment costs accrued to date is $ _____. The total amount of postjudgment payments made and credits to date is $ _____. The amount of the unsatisfied judgment now due (including interest and costs) is • $ 85,156.08.
3. Plaintiff knows or with good reason believes that the garnishee is indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of periodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

February 25, 2015
Date

Plaintiff/Agent/Attorney signature David J. Selwocki P51375

**WRIT OF GARNISHMENT** To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), two copies of this writ, and a $6.00 disclosure fee for serving on the garnishee. You are responsible for having these documents served on the garnishee within 91 days. **NOTE:** The social security number field is blacked out for security reasons on all parts except the garnishee copy.

**TO THE DEFENDANT:**
1. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, periodic payments owed to you may be withheld for as long as 91 days after this writ is issued and paid directly to the plaintiff.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
3. Do not pay any obligations to the defendant unless allowed by statute or court rule.
4. If indebted, withholding must begin according to court rule (see instructions on the Garnishee Disclosure form). Unless notified that an objection has been filed, **28 days** after you are served with this writ you must begin forwarding withheld payments.
You are ordered to make all payments withheld under this writ payable to:
☒ the plaintiff    ☐ the plaintiff's attorney    ☐ the court
and mail them to: ☐ the plaintiff.    ☒ the plaintiff's attorney.    ☐ the court.
5. This periodic garnishment is effective until: a) the amount withheld equals the amount of the unpaid judgment as stated in item 2 of the request; b) the expiration of 91 days after the issue date of this writ; or c) the amount withheld exceeds the remaining unpaid judgment as stated in item 2 of the request.
6. Within **14 days** after this writ expires, you must file a final statement of the total amount paid on this writ.

2/27/15
Date of issue

8/28/15
Expiration Date

Clerk of the court/Deputy

MC 12 (4/12) **REQUEST AND WRIT FOR GARNISHMENT (PERIODIC) (Part 1)**         MCL 600.4011 et seq., MCR 3.101

## PERIODIC GARNISHMENTS

### Definitions

Periodic Garnishment - garnishment of periodic payments which include, but are not limited to, wages, salary, commissions, bonuses, and other income paid to the defendant during the period of the writ; land contract payments; rent; and other periodic debt or contract payments.

### Additional Instructions for the Plaintiff:

You must provide information that will permit the garnishee to identify the defendant such as the defendant's address, social security number, employee identification number, etc.

### Instructions for item 2:

If a civil judgment does not include judgment interest in the "total judgment" field, the interest amount reported in item 2 should be accrued from the date the complaint was filed.

If a civil judgment includes judgment interest in the "total judgment" field (as in the forms in use before the 5/07 revisions), the interest amount reported in item 2 should not include any postfiling interest already included in the judgment.

### Additional Instructions for the Defendant:

1. This writ has been issued because there is a judgment against you that you have not paid. In order to collect on this judgment, income due to you may be garnished.

2. You may object to this garnishment if:
   a. your income is exempt from garnishment by law,
   b. you have a pending bankruptcy proceeding,
   c. the maximum withheld exceeds the amount allowed by law,
   d. you have an installment payment order,
   e. you have paid the judgment in full,
   f. the garnishment was not properly issued or is otherwise invalid.

3. Certain income is exempt from garnishment and the law gives you the right to claim this income as exempt to prevent it from being used to collect on this judgment. The following are examples of some types of income that are exempt from garnishment and the citations where each type may be found in the law. This is not intended as a complete list. You may want to contact your lawyer or legal aid agency for further assistance.

## EXAMPLES OF INCOME EXEMPT FROM GARNISHMENT

The following are examples of some of the types of income that are exempt from garnishment and the citations where each type may be found in the law. **Please note that this is not intended as a complete list. You may want to contact your lawyer or legal aid agency for further assistance.**

- Individual Retirement Account (IRA) - [MCL 600.6023(1)(k)]
- Social Security Benefits - [42 USC, Section 407]
- Supplemental Security Income Benefits (SSI) - [42 USC, Section 1383(d)]
- Aid to Families with Dependent Children (AFDC) - [MCL 400.63]
- General Assistance Benefits (GA) - [MCL 400.63]
- Unemployment Compensation Benefits - [MCL 421.30]
- Veterans Assistance Benefits - [38 USC, Section 3101]
- Workers' Compensation Benefits - [MCL 418.821]
- The first $500.00 on deposit in a savings and loan savings account - [MCL 491.628]
- Cash value or proceeds of life insurance or annuity, payable to the spouse or children of the insured - [MCL 500.2207(1)]
- Income benefits under the Michigan Civil Service Act - [MCL 38.40]
- Income benefits under the Michigan Retirement Act - [MCL 421.30]
- U.S. Civil Service Retirement Benefits - [5 USC, Section 8346]

| | Original – Court | 2nd copy – Garnishee |
|---|---|---|
| Approved, SCAO | 1st copy – Plaintiff | 3rd copy – Defendant |

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| U.S. Dist. Ct.   **JUDICIAL DISTRICT** | **GARNISHEE DISCLOSURE** | 14-cv-12047 |
| E.D. Mich.   **JUDICIAL CIRCUIT** | | |

**Court address**
231 W. Lafayette Blvd., Detroit, MI 48226

**Court telephone no.**
313-234-5005

| Plaintiff's name, address, and telephone no. (judgment creditor) | | Defendant's name, address, and telephone no. (judgment debtor) |
|---|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS LOCAL 324 FRINGE BENEFIT FUNDS | v | AMERICAN EXCAVATING CONTRACTORS, LLC and MANUEL RODGERS<br>12838 Gavel<br>Detroit, MI 48227 |

| Plaintiff's attorney, bar no., address, and telephone no. | Garnishee name and address |
|---|---|
| David J. Selwocki P51375   248-746-0700<br>Sullivan, Ward, Asher & Patton, P.C.<br>25800 Northwestern Hwy., Suite 1000<br>Southfield, MI 48075 | American Environmental Consultants, LLC<br>12838 Gavel<br>Detroit, MI 48227 |

**SEE INSTRUCTIONS ON OTHER SIDE**

1. This disclosure is for a writ of garnishment issued on ___2/27/15___ and received by garnishee on _____.
   - ☐ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on _____.
   - ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   - ☐ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: _____
   - ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

   Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account and account number, if applicable
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   - ☐ c. Withholding is exempt because _____
     State the exemption and legal authority

   **Periodic Garnishments**
   - ☐ d. The garnishee is not obligated to pay the defendant during the period of the writ.
     Reason:   ☐ not employed.   ☐ other _____
   - ☐ e. The garnishee is obligated to pay the defendant during the period of the writ.
     Payments are for   ☐ earnings.   ☐ nonearnings _____
     Specify nature of payment (see instructions on other side)
     Payments are made   ☐ weekly.   ☐ biweekly.   ☐ semimonthly.   ☐ monthly.   ☐ other: _____
     frequency of payment

     A higher priority writ/order   ☐ is   ☐ is not currently in effect. If a higher priority writ/order is in effect, complete the following.

     Name of court that issued higher priority writ/order    Case number    Date issued    Date served

     Withholding under this writ
     - ☐ will begin immediately if sufficient funds are available.
     - ☐ will not begin immediately because defendant is   ☐ laid off.   ☐ sick.   ☐ on leave.   ☐ other: _____
       specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

Date _____     Garnishee/Agent/Attorney signature _____

**I certify that:**
on _____ I mailed or personally delivered the original of this disclosure to the court.
on _____ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on _____ I mailed or personally delivered a copy of this disclosure to the defendant.

Date _____     Garnishee/Agent/Attorney signature _____

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (4/14)   GARNISHEE DISCLOSURE     15 USC 1672, 15 USC 1673, MCR 3.101

# GARNISHEE INSTRUCTIONS

**Definitions:**
- Periodic payments include wages, earnings, commissions, land contract payments, rent, and other periodic debt or contract payments that are paid to the principal defendant on a periodic basis.
- Nonperiodic payments include bank accounts, other property, money, goods, chattels, credits, negotiable instruments or effects, or earnings in the form of bonuses that are not paid to the principal defendant on a periodic basis. The rest of these instructions do not apply to garnishment of property, which needs to be sold before it can be applied to the judgment.

**Responsibility to Disclose:**
Within 14 days after being served with the writ of garnishment you must deliver or mail copies of this completed disclosure to the court, plaintiff's attorney (or plaintiff, if no attorney), and defendant. No further disclosures are required.

**Withholding Instructions:**
1. **Determine when funds should be withheld.**
   a. If item 2b is checked, funds or other property available at the time of service of the writ must be withheld from the defendant from the time of this disclosure.
   b. If item 2e is checked, funds must be withheld each time you are indebted to the defendant until the writ expires. Determine the date withholding will begin and end as follows.
      1) For garnishees with weekly, biweekly, or semimonthly pay periods, withholding begins with the first full pay period after the writ was served and ends on the last day of the last full pay period before the writ expires.
      2) For garnishees on a monthly pay period,
         - if the writ is served on the garnishee within the first 14 days of the pay period, withholding begins on the date the writ was served and continues until the writ expires.
         - if the writ is served on or after the 15th day of the pay period, withholding begins on the next full pay period after the writ was served and continues until the writ expires.
2. **Priority Writs or Orders and Multiple Writs (for periodic garnishments only):**
   Garnishments with a higher priority than this garnishment of periodic payments are
   - orders of bankruptcy court.
   - income withholding for support of any person.
   - orders for past due federal or state taxes.
   - other general garnishments served before this writ.
   a. If a higher priority writ/order is currently in effect and withholding is not applicable at this time, you must monitor the garnishment until (1) the higher priority writ expires, (2) the installment payment is set aside, (3) the defendant's wages are sufficient for both writs, or (4) other circumstances change, which make funds available. If this writ has not expired by then, withholding and payment should begin immediately. An amended disclosure is not necessary.
   b. If a higher priority writ/order is served on you while this writ is in effect and there is not enough money available for both writs, you must suspend withholding under this writ and inform the plaintiff of that fact. Once the higher priority is paid off, the suspended writ becomes effective again if it has not already expired. No further payments can be withheld on this writ if it expires while a higher priority is in effect.
   c. The plaintiff may not file another writ of garnishment of periodic payments for the same defendant, garnishee, and judgment while the existing writ is pending.
3. **Determine the amount to be withheld.** The amount withheld cannot exceed the amount of the balance of the judgment specified in item 2 of the request.

   For periodic garnishment of earnings only, a calculation sheet (the last sheet of this multipart form) is provided to determine the amount to be withheld. You do not need to use this calculation sheet, but if you do, you are not required to file it with the court or provide it to the defendant and plaintiff. However, a record of payment calculations must be maintained and made available for review by the plaintiff, defendant, or court upon request.

**Payment Instructions:**
Determine when disclosed amounts may be released. Funds available under this writ of garnishment may not be released to the plaintiff or court until 28 days after you were served with the writ. After 28 days, funds must be paid as ordered in this writ unless otherwise notified by the court. **No further order to pay will be issued except for garnishments of property other than money.**
For periodic garnishments only. During the first 28 days, payments must be withheld but not paid. After the initial 28-day waiting period, if the court does not notify the garnishee otherwise, all previously withheld funds must be paid out and any future payments must be withheld and paid as they become due until the writ expires. Every time a periodic payment is withheld, the garnishee must provide the plaintiff, defendant (and the court if funds are deposited with the court) with the case name, case number, date of withholding, amount withheld, and the balance due on the writ.

**Final Report Instructions:**
A final report of withholding is required for periodic garnishments. Within 14 days after the writ expires or the garnishee is no longer obligated to make periodic payments, the garnishee must file with the court and mail to the plaintiff and defendant a final statement of the total amount paid on the writ. The statement must include the names of the parties, the case number, the total amount paid, and the balance on the writ. Form MC 48 can be used for this.

## Post-Judgment Filings
5:14-cv-12047-JCO-MJH
Operating Engineers Local 324
Pension Fund et al v. American
Excavating Contractors, LLC et al
**CASE CLOSED on 08/28/2014**

CLOSED

### U.S. District Court

### Eastern District of Michigan

## Notice of Electronic Filing

The following transaction was entered by Selwocki, David on 2/25/2015 at 2:51 PM EST and filed on 2/25/2015

| | |
|---|---|
| **Case Name:** | Operating Engineers Local 324 Pension Fund et al v. American Excavating Contractors, LLC et al |
| **Case Number:** | 5:14-cv-12047-JCO-MJH |
| **Filer:** | Operating Engineers Local 324 Defined Contribution Plan |
| | Operating Engineers Local 324 Vacation and Holiday Fund |
| | Operating Engineers Local 324 Health Care Plan |
| | Operating Engineers Local 324 Pension Fund |
| | Operating Engineers Local 324 Retiree Benefit Fund |
| | Operating Engineers Local 324 Apprenticeship Fund |

**WARNING: CASE CLOSED on 08/28/2014**

**Document Number:** 34

**Docket Text:**
**REQUEST by All Plaintiffs for issuance of periodic writ of garnishment as to Manuel Rodgers and garnishee American Environmental Consultants, LLC. (Selwocki, David)**

**No public notice (electronic or otherwise) sent because the entry is private**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=2/25/2015] [FileNumber=6720258-0
] [4184c39a2538f4856476ce3809d81cb0b2d0d06004ca3d3fbfcd68849c694a07fc0
e5c1c1ea896fd0969bfc8d8f308fdbcf615d2573ff74a6bb17203d4bb08b3]]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Address

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

American Environmental
Consultants, LLC
12838 Gavel
Detroit MI 48227

3. Service Type
   ☒ Certified Mail   ☐ Priority Mail Express™
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7014 0510 0000 8424 8279

PS Form 3811, July 2013    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — SOUTHFIELD USPS 48037-9998

Sent To: American Environmental Consultants
Street, Apt. No.; or PO Box No.: 12838 Gavel
City, State, ZIP+4: Detroit MI 48227

7014 0510 0000 8424 8279

PS Form 3800, August 2006    See Reverse for Instructions