# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

TRUSTEES OF THE OPERATING ENGINEERS'
LOCAL 324 PENSION FUND, OPERATING
ENGINEERS' LOCAL 324 HEALTH
CARE PLAN, OPERATING ENGINEERS' LOCAL
324 VACATION & HOLIDAY FUND, OPERATING
ENGINEERS' LOCAL 324 RETIREE BENEFIT FUND,
OPERATING ENGINEERS' LOCAL 324 APPRENTICESHIP
FUND, and OPERATING ENGINEERS' LOCAL 324
DEFINED CONTRIBUTION PLAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

        Plaintiffs,

v.

AMERICAN EXCAVATING
CONTRACTORS, LLC, a Michigan
limited liability company, and
MANUEL RODGERS, Individually,

        Defendants.

And

TRUSTEES OF THE OPERATING ENGINEERS'
LOCAL 324 PENSION FUND, OPERATING
ENGINEERS' LOCAL 324 HEALTH
CARE PLAN, OPERATING ENGINEERS' LOCAL
324 VACATION & HOLIDAY FUND, OPERATING
ENGINEERS' LOCAL 324 RETIREE BENEFIT FUND,
OPERATING ENGINEERS' LOCAL 324 APPRENTICESHIP
FUND, and OPERATING ENGINEERS' LOCAL 324
DEFINED CONTRIBUTION PLAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

Case No. 14-cv-12047
Hon. John Corbett O'Meara

FILED
SEP 23 2015
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

1

Plaintiffs,

v.

AMERICAN ENVIRONMENTAL CONSULTANTS, LLC
    Garnishee Defendant.

_____ /

| | |
|---|---|
| **DAVID J. SELWOCKI  P51375** | **EDWARD J. HOLMBERG P62763** |
| **MATTHEW I. HENZI  P57334** | Holmberg & Aycock, P.L.L.C. |
| **BLAINE A. VELDHUIS P78840** | Attorneys for Garnishee Defendant |
| Sullivan, Ward, Asher & Patton, P.C. | 2011 Oak Street |
| Attorneys for Plaintiffs | Wyandotte, MI 48192 |
| 25800 Northwestern Highway, Suite 1000 | 734-246-1113 |
| Southfield MI  48075 | |
| 248-746-0700 | |

_____ /

## ORDER OF DEFAULT JUDGMENT AGAINST GARNISHEE DEFENDANT AMERICAN ENVIRONMENTAL CONSULTANTS, LLC

This matter having come before the Court upon Plaintiffs' Motion for Entry of Default Judgment Against Garnishee Defendant American Environmental Consultants, LLC (Doc. # 52), and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that Default Judgment is hereby entered against Garnishee Defendant AMERICAN ENVIRONMENTAL CONSULTANTS, LLC in the in the amount of $65,480.37 or Garnishee Defendant's liability as provided in MCR 3.101(S)(1) and $1,422.00, representing attorney fees and costs pursuant to MCR 3.101(S)(3), and

**IT IS FURTHER ORDERED** that jurisdiction of this matter be retained pending compliance with the Court's orders.

Date: Sept. 23, 2015

John Corbett O'Meara
United States District Judge